IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02241-LTB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: May 22, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

LUCIA VASCONCELLOS,   Shawn E. McDermott

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT   Jack M. Englert, Jr.
INSURANCE COMPANY, *et al.*,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:   2:36 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION to Compel RESPONSE TO INTERROGATORY #13 (Docket No. 21, filed on 4/25/2012) and the defendant's RESPONSE to #21 MOTION to Compel RESPONSE TO INTERROGATORY #13 (Docket No. 27, filed on 5/16/2012).

Mr. McDermott presents oral argument to court. Discussion between the court and Mr. McDermott regarding Rule 26(b), Rule 26(b)(2)(c), Rule 27(a), Scheduling Conference held on December 16, 2011, Scheduling Order entered on December 16, 2011, Telephonic Discovery Hearing held on April 12, 2012, and past activity in this case, regarding discovery, leading up to today's hearing. The court cites relevant case law.

**ORDERED:**   For the reasons as stated on the record, the court **DENIES** the plaintiff's MOTION to Compel RESPONSE TO INTERROGATORY #13 (Docket No. 21, filed on 4/25/2012). The court advises Mr. McDermott that since the court has entered its ruling from the bench the 14 days to file an appeal starts as of today.

The court addresses the parties regarding the plaintiff's Unopposed MOTION to Amend/Correct/Modify #10 Scheduling Order to Extend Deadline for Plaintiff's Opening Brief (Docket No. 24, filed on 5/3/2012).

Discussion between the court and Mr. McDermott regarding this motion.

**ORDERED:** As outlined on the record, the court **GRANTS** the plaintiff's Unopposed MOTION to Amend/Correct/Modify #10 Scheduling Order to Extend Deadline for Plaintiff's Opening Brief (Docket No. 24, filed on 5/3/2012).

The court has set the deadline of **August 15, 2012 or 45 days (whichever is later)** after the district court has made its ruling on any objections to file an opening brief with respect to the ruling made on document number 21. Regardless of which date is used, the defendant's response shall be filed 30 days afterwards with the plaintiff's reply being due 14 days after the defendant's response due date.

HEARING CONCLUDED.

**Court in recess**:   3:30 p.m.
Total time in court:   00:54

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.