**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-02241-LTB

LUCIA VASCONCELLOS,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Insurance Company, and
GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF JPMORGAN CHASE BANK, an ERISA Welfare Benefit Plan,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion to Extend Deadline for Opening Brief (Doc 32 - filed August 13, 2012) is **GRANTED**. All briefing deadlines are extended 21 days in the event the settlement cannot be reduced to writing and finalized by the parties.

Dated:   August 14, 2012
_____